[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-11555

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SHONDRA VERNON,
a.k.a. Frenchie,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cr-00411-LMM-1

_____

Before NEWSOM, LAGOA, and BRASHER, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Bascomb*, 451 F.3d 1292, 1297 (11th Cir. 2006) (appeal waiver "cannot be vitiated or altered by comments the court makes during sentencing"); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).

Although we dismiss this appeal, there is a clerical error in the judgment. We may *sua sponte* raise the issue of clerical errors in the judgment and remand with instructions to correct them. *United States v. Massey*, 443 F.3d 814, 822 (11th Cir. 2006). In the judgment, the district court described Shondra Vernon's offense of conviction as "ATTEMPT/CONSPIRACY – CONTROLLED SUBSTANCE – IMPORT/EXPORT." However, she pled guilty to conspiring to import cocaine, not attempting to do so and not conspiring or attempting to export cocaine. Furthermore, the judgment solely cited 21 U.S.C. § 963 and omitted the other sections cited in the information. Thus, this case is REMANDED to the district court with instructions to amend the judgment to correct the clerical error.